UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  5:25-cv-01720-JAK-SSC | Date: September 16, 2025 |
| Title  Joshua L. Lyons v. Jacqueline C. Jackson, et al. | |

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Action Should Not Be Dismissed for Failure to Update Address**

On July 9, 2025, *pro se* Plaintiff Joshua L. Lyons filed this civil rights action related to unlawful detainer and other proceedings that occurred in state court. (ECF 1.) Subsequently, mail sent by the Court to Plaintiff's then address of record was returned. (ECF 19–21.)

On August 18, 2025, the Court issued an Order to Show Cause (OSC) why the case should not be dismissed for Plaintiff's failure to update his address. (ECF 22.) Having received a Notice of Change of Address form (ECF 23), the Court discharged the address OSC (ECF 24). However, the discharge order which was sent to the new address was returned 10 days later as undeliverable. (ECF 26.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   5:25-cv-01720-JAK-SSC                    Date: September 16, 2025

Title   Joshua L. Lyons v. Jacqueline C. Jackson, et al.

Rule 41-6 of the Local Civil Rules for the Central District of California states:

> ***Dismissal - Failure of Pro Se Plaintiff to Keep Court Apprised of Current Address***.  A party proceeding *pro se* must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address.  If a Court order or other mail served on a *pro se* plaintiff at his address of record is returned by the Postal Service as undeliverable and the *pro se* party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute.

Given Plaintiff's failure to update his address as required, Plaintiff is once again ORDERED TO SHOW CAUSE in writing why this action should not be dismissed for violation of Rule 41-6.  Plaintiff must respond to this order no later than **September 29, 2025**.[1]

In the event Plaintiff wishes to voluntarily dismiss this action, he may complete and return the enclosed Notice of Dismissal form, CV-09, no later than **September 29, 2025**.

---

[1] On August 29, 2025, the Court issued a separate OSC regarding the deficiencies in Plaintiff's complaint.  (ECF 25.)  Plaintiff was ordered to respond in writing no later than September 29, 2025, regarding those deficiencies.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:25-cv-01720-JAK-SSC                    Date: September 16, 2025

Title        Joshua L. Lyons v. Jacqueline C. Jackson, et al.

    If Plaintiff files a Notice of Change of Address on or before **September 29, 2025**, this OSC will be discharged automatically, and Plaintiff need not respond to it separately.

    **Plaintiff is cautioned that failure to file a timely response to this order to show cause will result in a recommendation to the District Judge to dismiss this case for failure to comply with a court order.**

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | **ts** |