UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA L. LYONS,<br><br>                  Plaintiff,<br><br>     v.<br><br>JACQUELINE C. JACKSON, et al.,<br><br>                  Defendants. | Case No. 5:25-cv-01720-JAK-SSC<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is DISMISSED without prejudice.

DATED: 11/24/2025

                              JOHN A. KRONSTADT
                           UNITED STATES DISTRICT JUDGE